ADOLPHUS D. STRAUS and Others, Appellants, v. COMPAGNIE ALGERIENNE, S. A., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HENRY S. HOWE and Others, Respondents, v. MORRIS HAUSMAN and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN F. MURPHY, Respondent, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LEONARD DAY, Appellant, v. ADELAIDE ALLEN DAY, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DIRECTORS REALTY HOLDING COMPANY, Appellant, v. EMILIE LEDWITH McMANUS, as Executrix, etc., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

RAY CONSOLIDATED COPPER COMPANY, Respondent, v. AMERICAN ENGINEERING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FRANK ALLAIRE, as Trustee, etc., Appellant, v. ABRAHAM A. SILBERBERG, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MICHAEL BROCIA, Appellant, Respondent, v. F. ROMEO & COMPANY, Respondent, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MICHAEL BROCIA, Respondent, Appellant, v. F. ROMEO & COMPANY, Appellant, Respondent.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARKWIN REALTY CORPORATION, Respondent, v. " JOHN " GEISLER, the First Name Being Fictitious, etc., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

AUSTIN F. KNOWLES and Others, Respondents, v. NATIONAL EQUITABLE INVESTMENT Co., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HENRY LINDH and Others, Respondents, v. NATIONAL EQUITABLE INVESTMENT Co., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MURRAY APPLE and Another, Respondents, v. FAIR WAIST & DRESS Co., INC., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BERNARD M. SHANLEY, 2d, Appellant, v. MIDWESTERN COMPANY, Respondent. — Motion granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, etc. (North River, between West Forty-fourth Street and West Forty-seventh and West Forty-eighth Streets.) — Motions granted. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.